ACCEPTED
03-14-00416-CV
4139454
THIRD COURT OF APPEALS
AUSTIN, TEXAS
2/13/2015 10:07:30 AM
JEFFREY D. KYLE
CLERK

## No. 03-14-00416-CV

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
2/13/2015 10:07:30 AM
JEFFREY D. KYLE
Clerk

IN THE COURT OF APPEALS
FOR THE THIRD JUDICIAL DISTRICT OF TEXAS
AT AUSTIN

_____

**BRADLEY B. WARE,**

*Appellant*,

**v.**

**TEXAS COMMISSION ON ENVIRONMENTAL QUALITY,**

*Appellee*.

_____

Appeal from the 53rd Judicial District Court
Travis County, Texas
Cause No. D-1-GN-10-002342

_____

**UNOPPOSED MOTION FOR EXTENSION OF TIME FOR
APPELLEE TEXAS COMMISSION ON ENVIRONMENTAL QUALITY
TO FILE BRIEF**

_____

TO THE HONORABLE COURT OF APPEALS:

Texas Commission on Environmental Quality, Appellee, requests, pursuant to

Rules 10.5(b) and 38.6(d) of the Texas Rules of Appellate Procedure, that this Court

grant the Commission a fifty-nine (59) day extension of time in which to file its

Appellee's Brief.

## I. Background Information

The Commission's Brief is due February 17, 2015. The Commission seeks an extension of fifty-nine days, which will create a new due date of April 17, 2015, for filing its brief. This is the first request for extension sought by the Commission. There is no objection to this motion.

## II. Basis for the Motion

Lead Counsel for the Commission is unable to devote the time necessary to adequately prepare a response to the Appellant's Brief filed by Bradley B. Ware. Lead Counsel suffered a broken ankle that required surgery in early January 2015. This injury has prevented, and continues to prevent, her from working either in her office or full-time. Counsel recognizes that the requested extension is for an unusually long period of time, being in excess of a thirty-day extension that would normally be requested. But Lead Counsel does not expect to return to work full time before March 15, 2015.

Lead Counsel appeared and argued this case in the district court on behalf of the Commission, having at that time taken over the case from another Assistant Attorney General. She has become familiar with the facts and issues in the case. Therefore, it is appropriate for the Lead Counsel to be the Assistant Attorney General predominantly responsible for the drafting of the Commission's brief on the merits.

Due to her injury, she has been unable to devote substantial time to working on this appeal to date, and for this reason, the Commission is requesting an extension of time in which to file its response brief.

Accordingly, and in order to provide a full and helpful response to the Court, counsel for the State requests a fifty-nine day extension.

This extension is not sought for delay and no party's rights will be prejudiced by the requested delay. The case has not yet been set for argument, so granting this extension should not delay submission of the case.

### III.    Certificate of Conference

Counsel for the Commission has conferred with counsel for the Appellant and is authorized to represent that the Commission's request for an extension of time up to sixty days in which to file its brief is not opposed.

### PRAYER FOR RELIEF

The Commission requests that this Court grant its motion for extension of time until April 17, 2015, to file its brief.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

CHARLES E. ROY
First Assistant Attorney General

-3-

JAMES E. DAVIS
Deputy Attorney General for Civil Litigation

JON NIERMANN
Chief, Environmental Protection Division

*/s/Linda B. Secord*
LINDA B. SECORD
Assistant Attorney General
State Bar No. 17973400
Linda.Secord@TexasAttorneyGeneral.gov

PRISCILLA M. HUBENAK
Assistant Attorney General
State Bar No. 10144690
Priscilla.Hubenak@TexasAttorneyGeneral.gov

OFFICE OF THE ATTORNEY GENERAL
Environmental Protection Division
P. O. Box 12548, MC 066
Austin, Texas 78711-2548
Tel: (512) 463-2012
Fax: (512) 320-0911

ATTORNEYS FOR APPELLEE,
TEXAS COMMISSION ON
ENVIRONMENTAL QUALITY

## Certificate of Service

On February 13, 2015, a true and correct copy of the foregoing Unopposed Motion for Extension of Time for Appellee Texas Commission on Environmental Quality to File Brief was served on the following counsel electronically through an electronic service provider and by email:

Stephen P. Webb                         *Attorneys for Appellant,*
s.p.webb@webbwebblaw.com                *Bradley B. Ware*
Gwendolyn Hill Webb
g.hill.webb@webbwebblaw.com
Webb & Webb
211 East Seventh Street
Austin, Texas 78701
Tel: (512) 472-9990
Fax: (512) 472-3183


                                        */s/Priscilla M. Hubenak*